# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 25, 2014

## NO. 03-14-00321-CR

## Ex parte Rodgy Lee Nesby

**APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the dismissal of an application for writ of habeas corpus entered by the Texas Court of Criminal Appeals. Rodgy Lee Nesby has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Rodgy Lee Nesby to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.